No. 35,983

THE FEDERAL LAND BANK OF WICHITA, *Plaintiff*, v. J. W. LUDWIG (also known as Joseph W. Ludwig) and ROSE A. LUDWIG, His Wife, *Appellees;* FEDERAL FARM MORTGAGE CORPORATION, *Appellant.*

(146 P. 2d 656)

Opinion on postdecision motions filed March 11, 1944. (For original opinion of reversal see 157 Kan. 657, 143 P. 2d 784.)

*Conrad L. Ball*, of Wichita, argued the cause, and *R. L. Hamilton*, of Beloit, *Robert C. Dow* and *Edward H. Jamison*, both of Wichita, were on the briefs for the appellant.

*Ralph H. Noah*, of Beloit, argued the cause for the appellees.

The opinion of the court was delivered by

HARVEY, J.: Counsel for appellees filed a motion for rehearing, which consists largely of reargument of the points previously argued and considered by the court. The arguments presented have been fully considered by the court and the motion is denied.

In the alternative appellees moved for an extension of time in which to redeem the property from the appellant. This application is considered by the court and allowed, and appellees are hereby given three months from the date of the filing of this opinion within which to redeem the real property from appellant.